UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | ~~Mag.~~ Crim. No. 11-182 (JLL) |
| v. | : | |
| | : | ~~[PROPOSED]~~ ORDER |
| ERVIS GJONI | : | |
| | : | |

This matter having come before the Court on the motion of defendant Ervis Gjoni for release on bail pending appeal, and the Court having considered the motion and the response of the United States thereto, it is hereby ORDERED, this 23rd day of March, 2012, that, pursuant to Title 18, United States Code, Section 3143(b), that said motion is DENIED.

_____
HON. JOSE L. LINARES
United States District Judge